**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Chester Adison JONES, Respondent.**

**No. 7774.**

Circuit Court of Appeals, Fifth Circuit.
March 11, 1936.

Helen R. Carloss and Sewall Key, Sp. Assts. to Atty. Gen., Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, and Bruce A. Low, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., and Frank J. Wideman, Asst. Atty. Gen., for petitioner.

Eustis Myres, of Dallas, Tex., Harry C. Weeks, of Wichita Falls, Tex., and Cecil A. Morgan, of Fort Worth, Tex., for respondent.

Before FOSTER, HUTCHESON, and WALKER, Circuit Judges.

PER CURIAM.

Following the decisions of this court in the cases of Commissioner v. Flem-

ing, 82 F.(2d) 324 (March 7, 1936), and Commissioner v. Williams, 82 F.(2d) 328 (March 11, 1936), the petition in the above numbered and entitled cause is denied.